```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ALENA WEDDLE                    :         CIVIL ACTION
                                :
       v.                       :
                                :
TEVA PHARMACEUTICALS USA, INC., :         NO. 19-5477
et al.

<u>ORDER</u>

AND NOW, this  3rd  day of February, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of the plaintiff Alena Weddle to remand this action to the Court of Common Pleas of Philadelphia County is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
                              J.